IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:    PETIT JURORS
          Lemuel L. Jacquez
          611 Ice Street
          Barrackville, WV 26559


                              MISCELLANEOUS NO: 1:07MC39
                                     (Judge Keeley)


                              **ORDER**


     On August 8, 2007, the Court conducted a show cause hearing in this matter to address Lemuel L. Jacquez' failure to appear for jury service on August 7, 2007. After consideration of the reason offered for his failure to appear, the Court found it to be inadequate and fined Mr. Jacquez $50.00 for failure to appear in response to the subpoena for jury duty.

     Accordingly, Mr. Jacquez is directed to mail a check or money order payable to the Clerk of the United States District Court in the amount of $50.00 as payment of the fine within ten days from the entry of this order. The check or money order should be mailed to either the United States District Clerk, 500 West Pike Street, P. O. Box 2857, Clarksburg, West Virginia 26302 or to the United States District Clerk, P. O. Box 1518, Elkins, West Virginia 26241.

     Failure to comply with this Order may result in further sanctions by the Court.

     It is so **ORDERED**.

**IN RE: PETIT JURORS**                                            1:07MC39

## ORDER

The Clerk is directed to mail a copy of this Order to Mr. Lemuel L. Jacquez, 611 Ice Street, Barrackville, WV 26559, certified mail, return receipt requested.

DATED: August 9, 2007

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE