## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:   PETIT JURORS
         Russell W. Park
         151 Desert Road
         Friendly, WV 26146

                    MISCELLANEOUS NO: 1:07MC39
                         (Judge Keeley)


### ORDER

On August 8, 2007, the Court conducted a show cause hearing in this matter to address Russell W. Park's failure to appear for jury service on August 7, 2007. After consideration of the reason offered for his failure to appear, the Court found it to be inadequate and fined Mr. Pak $50.00 for failure to appear in response to the subpoena for jury duty.

Accordingly, Mr. Park is directed to mail a check or money order payable to the Clerk of the United States District Court in the amount of $50.00 as payment of the fine within ten days from the entry of this order. The check or money order should be mailed to either the United States District Clerk, 500 West Pike Street, P. O. Box 2857, Clarksburg, West Virginia 26302 or to the United States District Clerk, P. O. Box 1518, Elkins, West Virginia 26241.

Failure to comply with this Order may result in further sanctions by the Court.

It is so **ORDERED**.

**IN RE: PETIT JURORS**　　　　　　　　　　　　　　　　　　　　　　　　　　　**1:07MC39**

## ORDER

The Clerk is directed to mail a copy of this Order to Mr. Russell W. Park, 151 Desert Road, Friendly, WV 26146, certified mail, return receipt requested.

DATED: August 9, 2007

　　　　　　　　　　　　　　　　　　　<u>/s/ Irene M. Keeley</u>
　　　　　　　　　　　　　　　　　　　IRENE M. KEELEY
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE